SINGER / BEA LLP
   Benjamin L. Singer (Bar No. 264295)
   bsinger@coltsinger.com
   Douglas S. Tilley (Bar No. 265997)
   dtilley@coltsinger.com
601 Montgomery Street, Suite 1950
San Francisco, California  94111
Telephone:     (415) 500-6080
Facsimile:      (415) 500-6080
*Attorneys for Plaintiff Software Research, Inc.*

FOLEY & LARDNER LLP
   William J. Robinson (Bar No. 83729)
   wrobinson@foley.com
   Justin M. Sobaje (Bar No. 234165)
   jsobaje@foley.com
555 South Flower Street, Suite 3500
Los Angeles, California  90071
Telephone:     (213) 972-4500
Facsimile:      (213) 486-0065

   Mark J. Danielson (Bar No. 196755)
   mdanielson@foley.com
975 Page Mill Road
Palo Alto, California  94604
Telephone:     (650) 856-3700
Facsimile:      (650) 856-3710
*Attorneys for Defendant Developer Express, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SOFTWARE RESEARCH, INC., <br><br> Plaintiff, <br><br> v. <br><br> DEVELOPER EXPRESS, INC., and DOES 1 through 10, <br><br> Defendants. | CASE NO. 3:16-CV-00465-EMC <br><br> **STIPULATION FOR ENTRY OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** <br><br> ORDER |

1  Plaintiff Software Research, Inc. ("Plaintiff") and Defendant Developer Express, Inc.
2  ("Defendant") (collectively, the "Parties") have resolved the issues raised by the claims in this action
3  and have agreed that each side will bear its own costs and fees.  Plaintiff filed its Complaint on
4  January 27, 2016, and served the same upon Defendant on February 5, 2016.  (*See* Dkt. Nos. 1, 13.)
5  Defendant appeared on February 17, 2016.  (*See* Dkt. No. 15.)

6  In view of the foregoing, the Parties hereby stipulate, pursuant to Federal Rule of Civil
7  Procedure 41(a)(1)(A)(ii), that this lawsuit be dismissed with prejudice, with each side to bear its own
8  costs and fees.

10  Date:  March 31, 2016                             Respectfully submitted,

11                                                    SINGER / BEA LLP

12                                                    By: /s/ Benjamin Singer
13  IT IS SO ORDERED:                                   Benjamin L. Singer
                                                        Doug Tilley
14  _____                            *Attorneys for Software Research, Inc.*
    Edward M. Chen
15  U.S. District Judge

16                                                    FOLEY & LARDNER LLP

17                                                    By: /s/ William J. Robinson
                                                        William J. Robinson
18                                                      Justin M. Sobaje
                                                        Mark J. Danielson
19                                                      *Attorneys for Developer Express, Inc.*



21                                    **ATTESTATION**

22  I, Doug Tilley, am the ECF user whose ECF credentials will be used to file this Stipulation.
23  Under Civil Local Rule 5-1(i)(3), I hereby attest that Benjamin Singer, lead counsel for Plaintiff
24  Software Research, Inc., and William J. Robinson, lead counsel for Defendant Developer Express,
25  Inc., have concurred in the filing of this Stipulation.

26                                                     /s/ Doug Tilley
27                                                    Doug Tilley

- 1 -
STIPULATION FOR ENTRY OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(II)
CASE NO. 3:16-CV-00465-EMC